KYH
PCM/LK: USAO#202600106

USDC- BALTIMORE
'26 APR 16 PM12:23

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. JRR 26cr 136 |
| | * | |
| ERIC WILSON, | * | (Possession of Controlled Substances |
| | * | with Intent to Distribute, 21 U.S.C. |
| Defendant. | * | § 841(a); Forfeiture, 21 U.S.C. § 853) |
| | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*

### INDICTMENT

### COUNT ONE
**(Possession of Controlled Substances with Intent to Distribute)**

The Grand Jury for the District of Maryland charges that:

On or about February 4, 2026, in the District of Maryland, the Defendant,

### ERIC WILSON,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 841(a)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.     Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the Defendant's conviction under Count One of this Indictment.

### Narcotics Forfeiture

2.     Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

### ERIC WILSON,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a.  Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

   b.  Any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Substitute Assets

3.  If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

   a.  Cannot be located upon the exercise of due diligence;

   b.  Has been transferred or sold to, or deposited with, a third person;

   c.  Has been placed beyond the jurisdiction of the Court;

   d.  Has been substantially diminished in value; or

   e.  Has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the

2

forfeitable property pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

Kelly O. Hayes /per
Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

04|16|2026

Date

3